**WO**                                                MDR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felix Torres,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 07-290-PHX-SMM (ECV)<br><br>**ORDER FOR PAYMENT**<br>**OF REMAINING BALANCE**<br>**OF INMATE FILING FEE** |

**TO: ARIZONA DEPARTMENT OF CORRECTIONS DIRECTOR DORA B. SCHRIRO**

Plaintiff Felix Torres, inmate #213810, who is confined in the Arizona State Prison Complex-Yuma, has been assessed the statutory filing fee of $350.00 for this action. See 28 U.S.C. § 1915(b)(1). An Order (Doc. 5) to collect the filing fee was previously issued to the Maricopa County Sheriff. Plaintiff, who has since been transferred to the custody of the Arizona Department of Corrections, still owes the Court $350.00. Therefore, Director Schriro or her designee will be required to incrementally collect the $350.00 balance of the fee from Plaintiff's inmate trust account and forward payments to the Clerk of Court.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or her designee must collect the $350.00 balance of the filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

Payment must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Director of the Arizona Department of Corrections or her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court.

DATED this 14th day of May, 2007.

*(signature)*
Stephen M. McNamee
United States District Judge