1    **WO**                                                  MDR

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE DISTRICT OF ARIZONA**

8

9 Felix Torres,                    )    No. CV 07-290-PHX-SMM (ECV)
                                     )

10         Plaintiff,            )    **ORDER**
                                       )

11 vs.                                    )
                                     )

12 Joseph M. Arpaio,          )
                                     )

13         Defendant.         )
                                   )

14

15         While confined in the Maricopa County Durango Jail, Plaintiff Felix Torres filed this

16 civil rights action and sought leave to proceed *in forma pauperis*.  The Court assessed the

17 statutory filing fee for this action (Doc. #3) and issued an Order (Doc. #4) to the Maricopa

County Sheriff to collect the filing fee.

18

19         After Plaintiff was transferred out of the custody of the Maricopa County Sheriff, the

20 Court issued a fee payment order (Doc. #7) requiring the Director of the Arizona Department

of Corrections to collect the balance of the filing fee from the inmate trust account of Felix

21 Torres, inmate #213810.

22         On July 23, 2007, Felix Perea[1] Torres, inmate #213810, filed a letter with the Court

23 (Doc. #9) indicating that he is not the Plaintiff in this action and that funds are being

24 deducted from his inmate trust fund account.  The Court will construe Felix Perea Torres's

25 letter as a request to vacate its fee payment order and will grant the request.

26

27

28         [1]Felix Perea Torres's middle name is not included in the Arizona Department of
Correction's online inmate information.

1    The Court will order the Arizona Department of Corrections to cease collecting the
2    filing fee from Felix Perea Torres, inmate #213810, and to credit his inmate trust fund
3    account with any money that has been collected from his account for this action but has not
4    yet been forwarded to the Clerk of Court.  At this time, the Court has not received any money
5    from the Arizona Department of Corrections on behalf of Felix Perea Torres for this action.
6    Should the Clerk of Court receive monies for this action from Felix Perea Torres, inmate
7    #213810, the Clerk of Court must refund the monies to the Arizona Department of
8    Corrections, which must, in turn, credit the inmate trust fund account for Felix Perea Torres,
9    inmate #213810.

10    Accordingly,

11    (1)    **IT IS HEREBY ORDERED** that non-party Felix Perea Torres's letter (Doc.
12    #9) will  be construed as a motion to vacate and is **GRANTED**.

13    (2)    **IT IS FURTHER ORDERED** that the Order for Payment of Remaining
14    Balance of Inmate Filing Fee (Doc. #7) is **VACATED**.

15    (3)    **IT IS FURTHER ORDERED** that the Director of the Arizona Department
16    of Corrections or her designee shall cease collecting from Felix Perea Torres, inmate
17    #213810, the filing fee for this action and must credit his inmate trust fund account with any
18    monies that have been collected for this action from his account but have not yet been
19    forwarded to the Clerk of Court.

20    (4)    **IT IS FURTHER ORDERED** that the Financial Administration for the
21    Phoenix Division of the United States District Court for the District of Arizona must refund
22    any monies received in this case from Felix Perea Torres, inmate #213810, to the Arizona
23    Department of Corrections, which must, in turn, credit the inmate trust fund account for Felix
24    Perea Torres, inmate #213810.

25    (5)    **IT IS FURTHER ORDERED** that the Clerk of Court must serve by mail a
26    copy of this Order on the Director of the Arizona Department of Corrections, 1601 West
27    Jefferson, Phoenix, Arizona, 85007.

28

1      (6)    **IT IS FURTHER ORDERED** that the Clerk of Court must serve by mail a

2  copy of this Order on Felix Perea Torres, inmate #213810, Arizona State Prison Complex-

3  Yuma, Cocopah Unit, P.O. Box 13005, Yuma, Arizona, 85366.

4      (7)    **IT IS FURTHER ORDERED** that the Clerk of Court must forward a copy

5  of this Order to Financial Administration for the Phoenix Division of the United States

6  District Court for the District of Arizona.

7      DATED this 10th day of August, 2007.

Stephen M. McNamee
United States District Judge